# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

STEVEN M. LUGO,

      Plaintiff,

vs.                            CASE NO. 8:15-CIV-1826-T-17-TBM

PASCO COUNTY, et al.,

      Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

      This cause is before the Court on the report and recommendation (R&R) issued by

Magistrate Judge Thoms B. McCoun on August 10, 2015 (Doc. 5).  The magistrate judge

recommended that the Court deny the motion to motion to proceed *in forma  pauperis* (Doc.

2).

      Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District

of Florida, the parties had fourteen (14) days after service to file written objections to the

proposed findings and recommendations, or be barred from attacking the factual findings on

appeal. No timely objections to the report and recommendation were filed.

## STANDARD OF REVIEW

      When a party makes a timely and specific objection to a finding of fact in the report

and recommendation, the district court should make a <u>de novo</u> review of the record with

respect to that factual issue.  28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980);

**<u>Jeffrey S. v. State Board of Education of State of Georgia</u>**, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard.  **<u>Gropp v. United Airlines, Inc.,</u>** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has reviewed the report and recommendation and made an independent review of the record.  Upon due consideration, the Court concurs with the report and recommendation.  Accordingly, it is

**ORDERED** that the report and recommendation (Doc. 5)  be **adopted** and **incorporated by** reference; the motion to proceed  *in forma  pauperis* (Doc. 2) be **denied**. The Court  notes that the Plaintiff has already remitted the filing fee and that it is now his responsibiltity to serve the defendants in this case in a proper manner.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 1st day of September, 2015.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:

All parties and counsel of record
Assigned Magistrate Judge